UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CLEMENT TSHOMA, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
|       v. ) | Case No. 17-2162 |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
|    Defendant. ) | |

**<u>ORDER</u>**

This matter is now before the Court on the Report and Recommendation [13] dated August 17, 2018, from Magistrate Judge Eric I. Long. More than 14 days have elapsed since the Report and Recommendation was filed, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. *Id.*

The relevant procedural history was outlined in the comprehensive Report and Recommendation. (Doc. 13, pp. 1-3). In short, on April 10, 2015, Plaintiff's application for disability insurance benefits was denied. On August 6, 2015, Plaintiff's request for reconsideration was also denied. (R. 5-10). Plaintiff and his attorney were informed in writing that Plaintiff could request an administrative hearing within sixty days. (R. 7). Plaintiff failed to file a timely request and did not establish good cause for missing the deadline. 20 C.F.R. §§ 404.933(b)(1); 416.1433(b).

On July 13, 2017, Plaintiff filed a Complaint seeking judicial review, but he did not submit additional evidence regarding his failure to file a timely request for an administrative hearing. *Id.*

The ALJ's decision that Plaintiff lacked good cause for failing to request a hearing within sixty days was supported by substantial evidence and should not be disturbed by this Court. Accordingly, the Court concurs with Magistrate Judge Long's detailed Report and Recommendation.

The Court adopts the Report and Recommendation [13] in its entirety. Defendant's Motion for an Order Which Affirms the Commissioner's Decision [12] is GRANTED, and Plaintiff's Motion for Summary Judgment [9] is DENIED. This case is now TERMINATED.

ENTERED this 9th day of October, 2018.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge